UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Reverend Will Hardeman, | Case No. C07-2317 EMC |
| Plaintiff, | |
| v. | **ORDER REFERRING CASE TO ADR FOR MEDIATION** |
| Fauzia Farzana, et al. | |
| Defendants. | |

On January 29, 2008, Attorney Edward Smith, counsel for Defendant Downey Savings informed this court that all parties agree to mediation through ADR. It is hereby ordered that this case is referred to the Alternative Dispute Resolution Program for mediation. ADR is to be completed within 90 to 120 days.

IT IS SO ORDERED.

Dated:   January 30, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge