William Davis    FILED
1508 Spring Street JAN 30  PM 4: 08
St. Helena, CA 94574
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

To: Judge Edward M. Chen
Regarding Case: Miller vs. Davis            Case Number: C07-05613

This case should not be before any arbitration or settlement hearing. This is a criminal case, and two superior court judges, Richard Bennett and Scott Snowden, conducted criminal misconduct in their decisions. In the document titled, "Consent to Proceed Before a United States Magistrate Judge", it states, "In the initial stages of the case, Defendants provided original 1899 maps of the area, found in the archives of the St. Helena Library, which showed clearly that the property the title company was calling a 'no man's land' had always belonged to Defendants. Even in Plaintiff's letter previously referred to as Exhibit B, Plaintiff agrees that the 'no man's land' that the title company refers to is located on Defendants' property." Also, Philip Miller, who is in financial trouble needed to take something, so he decided to take land.

This case is much more serious, and should not simply have to be settled in arbitration or a settlement hearing. It should be brought to the attention of the U.S. Attorney's office, due to the criminal nature of the case, and what appears to be a "cover-up" by the judges who have already reviewed the case. We, the Defendants, would like Judge Edward M. Chen to begin looking at this case from the beginning. In the case file it is stated that the Defendants have already been to a settlement hearing, in Napa County Superior Court, and we are asking for the same things then, as we are asking now. First, the easement needs to be denied to Mr. Miller. Second, that he move his fence and all of his personal property including the shale. We are also asking that a lot line adjustment be granted to the Defendants, giving them all the property that rightfully belongs to them. Finally, we are asking that Mr. Miller pay damages for what the Defendants have endured.

We, the Defendents, would like Judge Edward M. Chen to review the complete case file, and all of the evidence that points to criminal negligence by Albion Surveyors, as well as criminal misconduct by two superior court judges. We hope you will take this review under consideration, since the "Consent to Proceed Before a United States Magistrate Judge" document clearly states who the rightful owners of this property are.

Sincerely,    Bill Davis