

**DICKENSON, PEATMAN & FOGARTY**
A Professional Law Corporation

PAUL G. CAREY
pcarey@dpf-law.com

---

809 Coombs Street
Napa, CA 94559-2977
Tel: 707 252 7122
Fax: 707 255 6876

www.dpf-law.com

Charles H. Dickenson
Paul G. Carey
Richard P. Mendelson
James W. Terry
Thomas F. Carey
Matthew I. Eisenberg
Kevin W. Teague
Michael J. Holman
David A. Diamond
J. Scott Gerien
Richard C. Rybicki
Brandon R. Blevans
Kevin D. DeBorde
David Balter
W. Scott Thomas
Gregory J. Walsh
J. Robert Anglin, Jr.
Megan Ferrigan Healy
Julia M. Walk
John N. Heffner
Patrick B. Sutton
Max A. Broome
Deirdre L. Bourdet
Susan L. Schwegman

Of Counsel
Francis J. Collin, Jr.
C. Richard Lemon
David W. Meyers
Cathy A. Roche

Retired
Howard G. Dickenson
Joseph G. Peatman
Walter J. Fogarty, Jr.
(1939-2007)

January 31, 2008

VIA FACSIMILE - 415.522.3605

Betty Fong
Courtroom Deputy
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

**FILED**

FEB 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Re:   Miller v. Davis, et. Al.   C 07 - 5613 EMC

Dear Ms. Fong:

On January 30, 2008, I received copies of the enclosed documents via facsimile as you can see by the facsimile tracks at the bottom of each document. Please be advised that I do not represent Phillip Miller in this matter. I did represent Mr. Miller in the underlying Napa County Superior Court case. As far as I am aware, Mr. Miller has not been personally served with any documents in this matter before the District Court. Please see attached copy of letter I sent to Mr. Davis on November 6, 2007 advising him that I do not represent Phillip Miller.

Finally, I would ask that you remove me from your proof of service on this matter pursuant to my paralegal's request to you today.

If you have any questions, please contact me.

Thank you.

Very truly yours,

DICKENSON, PEATMAN & FOGARTY

*Paul G. Carey/mk*

Paul G. Carey

PGC:mk
cc: Phillip Miller
Enclosures

NAPA & SANTA ROSA



### DICKENSON, PEATMAN & FOGARTY
*A Professional Law Corporation*

PAUL G. CAREY
pcarey@dpf-law.com

809 Coombs Street
Napa, CA 94559-2977
Tel: 707 252 7122
Fax: 707 255 6876

www.dpf-law.com

David W. Meyers
Francis J. Collin, Jr.
Charles H. Dickenson
Paul G. Carey
Richard P. Mendelson
Cathy A. Roche
James W. Terry
Thomas F. Carey
Matthew J. Eisenberg
Kevin W. Teague
Michael J. Holman
David A. Diamond
J. Scott Gerien
Richard C. Rybicki
Brandon R. Blevans
Kevin D. DeBorde
David Balter
W. Scott Thomas
Gregory J. Walsh
J. Robert Anglin, Jr.
Megan Ferrigan Healy
Julia M. Walk
John N. Heffner
Patrick B. Sutton
Max A. Broome
Marlo S. Cohen
Deirdre I. Bourdet
Susan L. Schwegman

Of Counsel
C. Richard Lemon

Retired
Howard G Dickenson
Joseph O. Peatman
Walter J. Fogarty, Jr
(1939-2007)

November 6, 2007

Bill Davis
1508 Spring Street
St. Helena, CA 94574

Re: Davis/Miller

Dear Mr. Davis:

    Please be advised that I do not represent Phillip Miller. Please do not send any further correspondence or papers to me.

    Thank you.

Very truly yours,

DICKENSON, PEATMAN & FOGARTY

Paul G. Carey

PGC:mk

NAPA & SANTA ROSA