

**DICKENSON, PEATMAN & FOGARTY**
A Professional Law Corporation

FILED
2008 FEB -6 AM 9: 17
RICHARD W. [illegible]
CLERK
U.S. DISTRICT COURT
NO. DIST. OF CA

PAUL G. CAREY
pcarey@dpf-law.com

809 Coombs Street
Napa, CA 94559-2977
Tel: 707 252 7122
Fax: 707 255 6876

www.dpf-law.com

Charles H. Dickenson
Paul G. Carey
Richard P. Mendelson
James W. Terry
Thomas P. Carey
Matthew J. Eisenberg
Kevin W. Teague
Michael J. Holman
David A. Diamond
J. Scott Gerien
Richard C. Rybicki
Brandon R. Blevans
Kevin D. DeBorde
David Balter
W. Scott Thomas
Gregory J. Walsh
J. Robert Anglin, Jr.
Megan Ferrigan Healy
Julia M. Walk
John N. Heffner
Patrick B. Sutton
Max A. Broome
Deirdre I. Bourdet
Susan L. Schwegman

Of Counsel
Francis J. Collin, *
C. Richard Lemon
David W. Meyers
Cathy A. Roche

Retired
Howard G. Dickenson
Joseph G. Peatman
Walter J. Fogarty, Jr.
(1939-2007)

February 6, 2008

VIA FACSIMILE - 415.522.3605

Betty Fong
Courtroom Deputy
United States District Court
450 Golden Gate Avenue
San Francisco, CA 94102

Re:    Miller v. Davis, Case No. C07-5613 EMC

Dear Ms. Fong:

    Thank you for taking the time to speak with my paralegal, Michelle Kenyon, yesterday. This will confirm her voice message to you of yesterday afternoon in which she advised you that I do not represent Philip Miller in this action, although I am presently advising him in connection with this matter. Mr. Miller will not voluntarily consent to participate in an improper proceeding where he is named as a plaintiff but has not filed any action for relief. Mr. Miller has not been properly served with a summons and complaint and is therefore not subject to the jurisdiction of the Court. If and when Mr. Miller is properly served, I expect that he will stipulate to having the matter heard by a Magistrate and we will cooperate with you in all ways possible.

    I very much appreciate your assistance with this matter.

Very truly yours,

DICKENSON, PEATMAN & FOGARTY

Paul G. Carey

PGC:mk
cc: Philip Miller

NAPA & SANTA ROSA