1  WILLIAM ("BILL") DAVIS
   In Pro Per
2  1508 Spring Street
   St. Helena, CA. 94574
3  Telephone (707) 963-2529

FILED

08 FEB 25 PH 12: 54

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11 PHILIP J. MILLER,                    ) Case No.: C-07-5613 EMC
                                        )
12            Plaintiff,                ) DEFENDANT BILL DAVIS' RESPONSE
                                        ) TO ORDER TO SHOW CAUSE
13        vs.                           )
                                        )
14 GLORIA DAVIS; WILLIAM DAVIS, et al., )
                                        )
15            Defendants                )
                                        )
16                                      )
                                        )
17 _____ )

18
    Defendant BILL DAVIS hereby responds to the court's February 7, 2008 Order to Show
19
   Cause herein.
20
    Defendant did indeed serve plaintiff with the "Petition For A New Case Number" herein at
21
   plaintiff's two last known addresses, then again served him at his mother's residence in St.
22
   Helena.
23
    The court has jurisdiction to hear this matter under the law set forth in the United States
24
   Constitution, which reads in pertinent part:
25

                         **BILL DAVIS' RESPONSE TO OSC-1-**

No person shall be.. deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

United States Constitution, Bills of Rights, Amendment 5. As ratified 12/15/1797.

Plaintiff herein, has, through the order of the state court after trial, wrongfully taken defendants' real property. In defendants' opinion, both plaintiff's conduct, and the court's order constitute crimes against defendants. The state court's order violates the United States Constitution. This matter therefore concerns a federal question, and jurisdiction in this court is proper.

Defendant addresses the court's *Rooker-Feldman* issue as follows. If the *Kougasian* decision were in effect in the early 1960s, then the Ku Klux Klan surely would have used this doctrine to avoid being tried in federal court after being acquitted in state court lynching, bombing, and murder trails. The Klan would have used *Kougasian* to escape justice.

Litigants like defendants must be able to petition the federal courts to review unconstitutional takings. In the interest of justice, this court should hear this dispute and remedy the unlawful taking of defendant's real property.

Respectfully submitted,

Dated: February 22, 2008

By: _____
BILL DAVIS, In Pro Per

BILL DAVIS' RESPONSE TO OSC-2-