1
2
3
4
5          UNITED STATES DISTRICT COURT
6          NORTHERN DISTRICT OF CALIFORNIA
7
8   PHILIP J. MILLER,                          No. C-07-5613 EMC
9            Plaintiff,
10          v.                                 **ORDER RE WILLIAM DAVIS'S SUBMISSION OF JUNE 18, 2008**
11  GLORIA DAVIS, *et al.*,
12           Defendants.
13  _____/
14
15       Previously, the Court issued an order dismissing the case but giving Gloria and William Davis until April 3, 2008, to file an amended complaint.[1] *See* Docket No. 13. The Davises failed to file an amended complaint by that date and therefore the case terminated.

       On June 18, 2008, the Court received a submission from William Davis which is captioned "Order to Show Cause Federal Jurisdiction." Although captioned such, the document is essentially a letter to the U.S. Postal Service, claiming that a (former) state court judge, Scott Snowden, is improperly reviewing the mail of other persons. An attachment to the document includes allegations that Judge Snowden has violated federal law by doing so, *see* 18 U.S.C. §§ 1704, 1708, in the "attempt to cover up the illegal granting of an easement in state court." (The alleged illegal granting of the easement was the subject matter of the instant litigation.) Mr. Davis states that "[b]reaking of Federal law gives Federal courts jurisdiction over any crimes done in Federal or state courts. Therefore I urgently request action in relation to these criminal acts." Apparently, Mr. Davis sent

---

[1] Although the Davises initiated the lawsuit, they identified themselves as the defendants in the caption and Philip J. Miller as the plaintiff.

1  copies of this "Order to Show Cause" and the attachment to Philip J. Miller, the opposing party in
2  this litigation.

3         To the extent Mr. Davis seeks any relief from this Court with his submission, the request is
4  denied. First, as indicated above, the case terminated on April 4, 2008, when the Davises failed to
5  file an amended complaint. Second, even if the case were still open, it appears that Mr. Davis does
6  not have a private cause of action pursuant to §§ 1704 or 1708. Rather, §§ 1704 and 1708 are
7  criminal statutes and can only be enforced through a prosecution conducted by the U.S. Department
8  of Justice. *See Bartolomeo v. Liburdi*, No. 97-0624-ML, 1999 U.S. Dist. LEXIS 2701, at *6 (D.R.I.
9  Feb. 4, 1999).

11        IT IS SO ORDERED.

13 Dated: June 23, 2008

_____
EDWARD M. CHEN
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILIP J. MILLER,<br><br>              Plaintiff,<br><br>       v.<br><br>GLORIA DAVIS, *et al.*,<br><br>              Defendants.<br>_____ / | No. C-07-5613 EMC<br><br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the U.S. District Court, Northern District of California.  On the below date, I served a true and correct copy of the attached, by placing said copy/copies in a postage-paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail; or by placing said copy/copies into an inter-office delivery receptacle located in the Office of the Clerk.

| | |
|---|---|
| WILLIAM DAVIS<br>GLORIA DAVIS<br>1508 Spring Street<br>St. Helena, CA  94574 | PAUL G. CAREY<br>Dickenson Peatman & Fogarty<br>809 Coombs Street<br>Napa, CA  94559 |

Dated:  June 23, 2008              RICHARD W. WIEKING, CLERK


                         By:  _____/s/_____
                              Leni Doyle
                              Deputy Clerk