June 2, 2008

C07-5613 EMC

FILED
JUN 18 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: United States District Court, Northern District of California
From: William (Bill) Davis

This letter is to notify the Court that the following documents were served on Philip J. Miller and Paul Carey of Dickinson, Peatman and Fogarty:

      Petition for a New Case Number

      Dispute Resolution Procedures in the Northern District
        of California

Signed *Bill Davis*
William (Bill) Davis
1508 Spring Street
St. Helena CA 94574
(707) 963-2529

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Paul G. Carey
   Dickson, Peatman
   Fogarty 809 Coombs
   Street Napa Cal. 94559

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Melanie Potter_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Melanie Potter   C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7007 2680 0002 3886 3534

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.80 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.70 |

Postmark: RUTHERFORD, CA 94573  JUN 3

Sent To: Phillip S. Miller
Street, Apt. No. or PO Box No.: 1657 Stockton Street
City, State, ZIP+4: St. Helena Calif 94574

PS Form 3800, August 2006   See Reverse for Instructions

7007 2680 0002 3886 3466

---

**U.S. Postal Service CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

OFFICIAL USE

| | |
|---|---|
| Postage | $ 4.80 |
| Certified Fee | 2.70 |
| Return Receipt Fee (Endorsement Required) | 2.20 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 9.70 |

Postmark: RUTHERFORD, CA 94573  JUN 4 2008

Sent To: Paul G. Carey
Street, Apt. No. or PO Box No.: Dickson, Peatman Fogarty
City, State, ZIP+4: 809 Coombs Street Napa 94559

PS Form 3800, August 2006   See Reverse for Instructions

7007 2680 0002 3886 3534

---

```
1125
    TOTAL              9.70
    CASH T            20.00
    CHANGE            10.30

**** U.S. POSTAL SERVICE ****
RUTHERFORD, CA          94573
856666                  75.00
P GONZALES               # 02
06-03-08             11:29:12

       CUSTOMER RECEIPT

109 POST VAL IMP         9.70

    TOTAL              9.70
    CASH T            20.00
    CHANGE            10.30
```

```
**** U.S. POSTAL SERVICE ****
RUTHERFORD, CA          94573
856666                  75.00
LENA                    # 03
06-04-08             10:34:41

       CUSTOMER RECEIPT

109 POST VAL IMP         9.70

    TOTAL              9.70
    CASH T            10.00
    CHANGE             .30

       *** THANK YOU ***
```